

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00195-CR

Wayne **BEDFORD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10884
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED November 6, 2019.

_____
Patricia O. Alvarez, Justice